LAW OFFICE OF
**WILLIAM J. KOPENY & ASSOCIATES**
16485 LAGUNA CANYON ROAD, SUITE 230
IRVINE, CALIFORNIA 92618-3846
TELEPHONE: (949) 453-2243
FACSIMILE: (949) 453-2820

WILLIAM J. KOPENY (SBN 61764)

Attorneys for Defendant // ANGELO ALES

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>ANGELO ALES<br><br>　　　　　Respondent. | Case Number CR 05-690-DSF<br><br>ORDER CONTINUING SENTENCING 45-60 DAYS PENDING RESOLUTION OF DEFENDANT'S MOTION TO WITHDRAW PLEA |

　　Good cause appearing therefor, upon the motion of defendant, the Sentencing herein now scheduled for Monday, September 21, 2009 at 8:30 a.m., is continued to November 30, 2009 at 8:30 a.m. Defendant and Counsel are ordered to appear at that time for sentencing.

　　　　　　　　　　　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HONORABLE DALE S. FISCHER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

SUBMITTED BY:
**WILLIAM J. KOPENY**

　　　/s /
_____
ATTORNEY FOR DEFENDANT
ANGELO ALES