ANDRE BIROTTÉ JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
LISA E. FELDMAN
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
California State Bar No. 130019
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0633
     Facsimile:  (213) 894-0141
     Email:      lisa.feldman@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-690-DSF |
| Plaintiff, | **AMENDED** ORDER RE: CONTINUANCE OF HEARING RE: DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA AND SETTING OF NEW BRIEFING SCHEDULE |
| v. | |
| ANGELO ALES, | |
| Defendant. | |

Having considered the parties' stipulation and the files and records in this case, IT IS HEREBY ORDERED that the hearing on defendant's Motion to Withdraw Guilty Plea Prior to Sentencing ("Motion to Withdraw Plea") is continued and the Court sets the following new schedule:

1

**Defendant's Reply to Opposition due:**     5-17-10

**Hearing on Motion to Withdraw Plea:**     6-14-10, 8:30 a.m.

Dated: 4/14/10

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____
LISA E. FELDMAN
Assistant United States Attorney

2